```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**CHRISTOPHER D. PARK**                                            PLAINTIFF

      v.        Civil No. 09-5273

**DEPUTY MARTINEZ**                                                DEFENDANT

<u>O R D E R</u>

    Now on this 4th day of May, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #8), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

    **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

    **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, this matter is **dismissed with prejudice.**

    **IT IS SO ORDERED.**

                                   /s/ Jimm Larry Hendren
                                 **JIMM LARRY HENDREN**
                                 **UNITED STATES DISTRICT JUDGE**